**Derrick George WYNTER,**
**Petitioner–Appellant,**

v.

**Frank LUNA, Respondent–Appellee.**

No. 03–16458.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 6, 2004.*

Decided Dec. 9, 2004.

Derrick George Wynter, Florence Correctional Center, Florence, AZ, pro se.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Before: GOODWIN, WALLACE, and TROTT, Circuit Judges.

### MEMORANDUM **

Arizona prisoner Derrick George Wynter appeals pro se the district court's judgment denying his 28 U.S.C. § 2241 petition for lack of jurisdiction. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Wynter contends that he is not removable because he is a national of the United States. The district court correctly dismissed Wynter's petition because it had no jurisdiction to address his claim. *See* 8 U.S.C. § 1252(b)(5).

AFFIRMED.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

